# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) | CIVIL ACTION NO. |
| ) v. ) ) ) | 1:19-cv-05484-AT-WEJ |
| KAISER FOUNDATION HEALTH PLAN OF GEORGIA, INC., ) ) ) | |
| Defendant. ) ) | |

## CONSENT MOTION TO EXTEND DISCOVERY AND FOR LEAVE TO EXCEED THE MAXIMUM NUMBER OF DEPOSITIONS

COME NOW Plaintiff Equal Employment Opportunity Commission ("EEOC") and Defendant Kaiser Foundation Health Plan of Georgia, Inc. ("Kaiser") (collectively, the "Parties") and pursuant to this Court's Local Rule 26.2B, file this Consent Motion to Extend Discovery and respectfully request that the Court extend the discovery period in this case through September 8, 2020. The EEOC also respectfully requests that the Court grant the EEOC leave to take depositions in excess of that allowed by Rule 30(a)(2)(A)(i), Federal Rules of Civil Procedure. The EEOC requests that the limit on depositions the EEOC may take in this case be enlarged from 10 to 15. Kaiser does not oppose this request.

1

The Parties have exchanged written discovery and documents. However, due to the Covid-19 pandemic and the fact that Kaiser and certain third-parties who provided documents are medical providers, document production was delayed. The parties are now, however, prepared to begin taking depositions. The original discovery deadline in this case is July 6, 2020. The parties will be unable to depose all of the relevant witnesses by the current deadline. Therefore, the parties respectfully request that the Court extend discovery in this case for two months until September 8, 2020. This is the parties' first request for extension.

Also, based on the number of witnesses identified as having relevant information by the parties, the number of depositions that the EEOC will need to take in this case may exceed the maximum allowed under the Federal Rules of Civil Procedure. This case was brought under the Americans with Disabilities Act and the individual on whose behalf the EEOC has brought this lawsuit had two primary treating physicians, but there are three other healthcare providers who may need to be deposed. In addition, Kaiser identified in its discovery responses six individuals who have relevant information. Therefore, these six witnesses and the medical providers alone may exceed 10 witnesses, which does not account for several other witnesses that the EEOC believes have relevant information and the possibility that a deposition under Rule 30(b)(6) may be necessary.

WHEREFORE, the Parties respectfully request that this Court enter an Order extending discovery in this case through September 8, 2020, and the EEOC requests leave to exceed the number of deposition and allow the EEOC to take up to 15 depositions in this case. A draft Consent Order is attached hereto for the convenience of the Court.

Respectfully submitted, this 1st day of June, 2020.

CONSENTED TO BY:

/s/ Steven A. Wagner
Steven A. Wagner
Georgia Bar No. 000529
Equal Employment Opportunity
Commission – ATL
100 Alabama Street, S.W., Suite 4R30
Atlanta, Georgia 30303
Tel: (404) 562-6897
Fax: (404) 562-6905
steven.wagner@eeoc.gov
Counsel for Plaintiff

/s/ Frederick C. Dawkins
Frederick C. Dawkins (by SAW w/permission)
Georgia Bar No. 213460
Frederick C. Dawkins, Esq., P.C.
3379 Peachtree Road
Suite 555
Atlanta, Georgia 30326
Tel: (404) 974-9543
Fax: (404) 974-9542
fdawkins@fcd-law.com
Counsel for Defendant

## **CERTIFICATION OF COMPLIANCE**

Pursuant to Local Rule 7.1D, counsel certifies that this motion was prepared using Times New Roman 14-point font.

This 1st day of June, 2020.

                            EQUAL EMPLOYMENT OPPORTUNITY
                            COMMISSION

                            By:   /s/Steven A. Wagner
                                     Steven A. Wagner
                                     Georgia Bar No. 000529